## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 24-CV-80729-ROSENBERG**

GARFIELD SPENCE,

    Plaintiff,

v.

FWI 16 LLC,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice at docket entry 11. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of July, 2024.

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record